# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### JUDGMENT RENDERED JULY 6, 2018

### NO. 03-18-00306-CV

**City of Austin, Texas; and Spencer Cronk, in his Official Capacity as City Manager of The City of Austin, Appellants**

**v.**

**Mark Pulliam, Jay Wiley, and the State of Texas, Appellees**

### APPEAL FROM THE 419TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND FIELD
### DISMISSED ON APPELLANTS' MOTION -- OPINION BY JUSTICE FIELD

This is an appeal from the interlocutory order signed by the trial court on April 11, 2018. Appellants have filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Each party shall pay the costs of appeal incurred by that party, both in this Court and the court below.